**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1441**

REINA MARISOL RAMOS DE CHACON; V.K.C.R.; A.J.C.R.,

                    Petitioners,

        v.

JEFFERSON B. SESSIONS III, Attorney General,

                    Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: October 27, 2017                            Decided: November 3, 2017

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Abdoul Konare, KONARE LAW, Frederick, Maryland, for Petitioners. Chad A. Readler, Acting Assistant Attorney General, Anthony W. Norwood, Senior Litigation Counsel, Greg D. Mack, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reina Marisol Ramos De Chacon and her two daughters, natives and citizens of El Salvador, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal from the immigration judge's denial of De Chacon's application for asylum. We have thoroughly reviewed the record, including the transcript of De Chacon's merits hearing before the immigration court and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. *See INS v. Elias–Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*